**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
SETH T. FLOYD, Nevada State Bar No. 11959
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
              sfloyd@theurbanlawfirm.com
*Counsel for Plaintiffs Laborers Joint Trust Funds*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br>　　　　　　　Plaintiffs,<br>vs.<br>MOHAVE RESTORATION, INC. dba SERVICE MASTERS 1ST RESPONSE, a foreign corporation; JEREMIAH L. COX, an individual,<br>　　　　　　　Defendants. | CASE NO: 2:16-cv-01190-JAD-CWH<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT HANOVER INSURANCE COMPANY ONLY WITH PREJUDICE AND ORDER THEREON**<br><br>ECF No. 34<br><br><br>**ORDER** |
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; et al.<br>　　　　　　　Plaintiffs,<br>vs.<br>HANOVER INSURANCE COMPANY, a New Hampshire insurance company; NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire insurance company; DOES 1 THROUGH 10, and ROE CORPORATIONS 1 THROUGH 10, inclusive,<br>　　　　　　　Defendants. | |

|   | HANOVER INSURANCE COMPANY, a New Hampshire insurance company; |
|---|---|
|   | Third-Party Plaintiff |
|   | vs. |
|   | MOHAVE RESTORATION, INC. dba SERVICE MASTERS 1ST RESPONSE, a foreign corporation; JEREMIAH L. COX, an individual, |
|   | Third-Party Defendant |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs, The Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust; The Board of Trustees of The Construction Industry and Laborers Joint Pension Trust; The Board of Trustees of the Construction Industry and Laborers Vacation Trust; The Board of Trustees of Southern Nevada Laborers Local 872 Training Trust (collectively "Plaintiffs"), and Defendants, Mohave Restoration, Inc. *dba* Service Masters 1st Response, a foreign corporation, and Jeremiah L. Cox, an individual, and Defendant Hanover Insurance Company, a New Hampshire Insurance Company ("Hanover"), and subject to the approval and Order of the Court, as follows:

1. A full and final settlement has been agreed upon regarding Plaintiffs' claims against Hanover. Pursuant to the terms of the settlement, Plaintiffs agreed to dismiss their claims against Hanover with prejudice.

2. The terms of the settlement agreement have been satisfied; therefore, the parties stipulate and agree in requesting that Hanover be dismissed from this action with prejudice.

3. This Stipulation for Dismissal applies only to Plaintiffs' claims against Hanover, and is of no effect regarding Hanover's Cross Claims or Third Party Claims, which remain pending, nor Plaintiffs' claims against the other Defendants, which also remain pending.

/ / /

The Urban Law Firm
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103

5678381v1(63068.57)

Dated: June 23, 2017

**THE URBAN LAW FIRM**

By: /s/ Seth T. Floyd
Seth T. Floyd, Nevada State Bar No. 11959
*Counsel for Plaintiffs Laborers Trust Funds*

Dated: June 23, 2017

**HANOVER INSURANCE COMPANY**

By: /s/ Patrick F. Welch
Patrick F. Welch, Nevada Bar No. 13278
*Counsel for Defendant/Third-Party Plaintiff Hanover Insurance Company*

### ORDER

Based on the parties' stipulation [ECF No. 34] and good cause appearing, IT IS HEREBY ORDERED that **all claims against Hanover Insurance Company are DISMISSED with prejudice**, each party to bear its own fees and costs. **This dismissal does not terminate Hanover as a party**, because Hanover continues to prosecute third-party claims.

DATED: 6-26-17

_____
UNITED STATES DISTRICT JUDGE