**FISHER & PHILLIPS LLP**
SCOTT M. MAHONEY, ESQ
Nevada Bar No. 1099
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
FAX: (702) 252-7411
ddornak@fisherphillips.com
*Attorneys for Defendants/*
*Third-Party Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br>vs.<br><br>MOHAVE RESTORATION, INC. dba SERVICE MASTERS 1st RESPONSE, a foreign corporation; JEREMIAH L. COX, an individual,<br><br>Defendants.<br>_____<br>THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; et al.<br><br>Plaintiffs, | Case No.: 2:16-cv-01190-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS/THIRD-PARTY DEFENDANTS TO FILE THEIR OPPOSITION TO THIRD-PARTY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 42)**<br><br>(FIRST REQUEST)<br><br>ECF No. 45 |

FPDOCS 33699099.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

| | |
|---|---|
| vs. | |
| HANOVER INSURANCE COMPANY, a New Hampshire insurance company; NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire insurance company; DOES 1 THROUGH 10, and ROE CORPORATIONS 1 THROUGH 10, inclusive, | |
| Defendants. | |
| HANOVER INSURANCE COMPANY, a New Hampshire Insurance company; | |
| Third Party Plaintiff, | |
| vs. | |
| MOHAVE RESTORATION, INC. dba SERVICE MASTERS 1st RESPONSE, a foreign corporation; JEREMIAH L. COX, an individual, | |
| Third Party Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the Defendants/Third-Party Defendants will have an extension of time up to and including **February 12, 2018** to file their Opposition to Third-Party Plaintiff's Motion for Summary Judgment (ECF No. 42), currently due on January 29, 2018. Counsel for Defendants/Third-Party Defendants has several other filings due that day and request this extension of time based upon workload and to allow sufficient time to prepare their Opposition.

This is the first request for an extension of this deadline. This request will not prejudice any party or delay this proceeding given the previously granted extension of the dispositive motion deadline to March 9, 2018. (ECF No. 41).

FPDOCS 33699099.1

The foregoing constitutes good cause for the extension of the deadline.

Respectfully submitted this 25th day of January, 2018.

Dated: January 25, 2018          **FISHER & PHILLIPS LLP**

　　　　　　　　　　　　　　　　  /s/   *Allison L. Kheel, Esq.*
　　　　　　　　　　　　　　　　 DAVID B. DORNAK, ESQ.
　　　　　　　　　　　　　　　　 Nevada State Bar No. 6274
　　　　　　　　　　　　　　　　 ALLISON L. KHEEL, ESQ.
　　　　　　　　　　　　　　　　 Nevada State Bar No. 12986
　　　　　　　　　　　　　　　　 300 South Fourth Street, Suite 1500
　　　　　　　　　　　　　　　　 Las Vegas, Nevada 89101
　　　　　　　　　　　　　　　　 Attorneys for Defendants

Dated: January 25, 2018          **THE URBAN LAW FIRM**

　　　　　　　　　　　　　　　　  /s/  *Nathan R. Ring, Esq.*
　　　　　　　　　　　　　　　　 MICHAEL A. URBAN, ESQ.
　　　　　　　　　　　　　　　　 Nevada State Bar No. 3875
　　　　　　　　　　　　　　　　 NATHAN R. RING, ESQ.
　　　　　　　　　　　　　　　　 Nevada State Bar No. 12078
　　　　　　　　　　　　　　　　 4270 S. Decatur Blvd., Suite A-9
　　　　　　　　　　　　　　　　 Las Vegas, Nevada 89103
　　　　　　　　　　　　　　　　 Attorneys for Plaintiffs

Dated: January 25, 2018          **JENNINGS STROUSS & SALOMON**

　　　　　　　　　　　　　　　　  /s/   *Patrick F. Welch, Esq.*
　　　　　　　　　　　　　　　　 PATRICK F. WELCH, ESQ.
　　　　　　　　　　　　　　　　 Nevada State Bar No. 13278
　　　　　　　　　　　　　　　　 One East Washington Av., Ste. 1900
　　　　　　　　　　　　　　　　 Phoenix, AZ 85004-2554
　　　　　　　　　　　　　　　　 Attorneys for Third Party Plaintiff

## ORDER

Based on the parties' stipulation [ECF No. 45] and good cause appearing, IT IS HEREBY ORDERED that the **deadline to respond to the motion for summary judgment** [ECF No. 42] is **extended to February 12, 2018.** But counsel is cautioned that workload will not likely be considered to be good cause for a second extension of time.

_____
U.S. District Judge Jennifer Dorsey
January 25, 2018

FPDOCS 33699099.1