**FISHER & PHILLIPS LLP**
SCOTT M. MAHONEY, ESQ
Nevada Bar No. 1099
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
FAX: (702) 252-7411
ddornak@fisherphillips.com
*Attorneys for Defendants/
Third-Party Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br> Plaintiffs, <br> vs. <br><br> MOHAVE RESTORATION, INC. dba SERVICE MASTERS 1st RESPONSE, a foreign corporation; JEREMIAH L. COX, an individual, <br><br> Defendants. | Case No.: 2:16-cv-01190-JAD-CWH <br><br> **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS/THIRD-PARTY DEFENDANTS TO FILE THEIR OPPOSITION TO THIRD-PARTY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 42)** <br><br> (SECOND REQUEST) <br><br> ECF No. 47 |
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; et al. <br><br> Plaintiffs, | |

|  |  |
|---|---|
| vs.<br><br>HANOVER INSURANCE COMPANY, a New Hampshire insurance company; NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire insurance company; DOES 1 THROUGH 10, and ROE CORPORATIONS 1 THROUGH 10, inclusive,<br><br>      Defendants.<br>_____<br>HANOVER INSURANCE COMPANY, a New Hampshire Insurance company;<br><br>      Third Party Plaintiff,<br><br>vs.<br><br>MOHAVE RESTORATION, INC. dba SERVICE MASTERS 1ˢᵗ RESPONSE, a foreign corporation; JEREMIAH L. COX, an individual,<br><br>      Third Party Defendants. |  |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the Defendants/Third-Party Defendants will have an extension of time up to and including **February 26, 2018** to file their Opposition to Third-Party Plaintiff's Motion for Summary Judgment (ECF No. 42), currently due on February 12, 2018. The parties have reached a settlement and would like a two week extension on the briefing of the Motion for Summary Judgment in order to finalize the settlement documents.

  This is the second request for an extension of this deadline. This request will not prejudice any party or delay this proceeding given the previously granted extension of the dispositive motion deadline to March 9, 2018. (ECF No. 41).

/ / /

/ / /

FPDOCS 33754658.1

The foregoing constitutes good cause for the extension of the deadline.

Respectfully submitted this 12th day of February, 2018.

Dated: February 12, 2018    **FISHER & PHILLIPS LLP**

/s/    *Allison L. Kheel, Esq.*
DAVID B. DORNAK, ESQ.
Nevada State Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada State Bar No. 12986
300 South Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Attorneys for Defendants

Dated: February 12, 2018    **JENNINGS STROUSS & SALOMON**

/s/  *Patrick F. Welch, Esq.*
PATRICK F. WELCH, ESQ.
Nevada State Bar No. 13278
One East Washington Av., Ste. 1900
Phoenix, AZ 85004-2554
Attorneys for Third Party Plaintiff

**ORDER**

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
February 14, 2018

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FPDOCS 33754658.1