**FISHER & PHILLIPS LLP**
SCOTT M. MAHONEY, ESQ
Nevada Bar No. 1099
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
FAX: (702) 252-7411
ddornak@fisherphillips.com
*Attorneys for Defendants/
Third-Party Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br> Plaintiffs, <br> vs. <br><br> MOHAVE RESTORATION, INC. dba SERVICE MASTERS 1st RESPONSE, a foreign corporation; JEREMIAH L. COX, an individual, <br><br> Defendants. | Case No.: 2:16-cv-01190-JAD-CWH <br><br> **STIPULATION AND ORDER TO WITHDRAW THIRD-PARTY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 42) AND NOTICE OF SETTLEMENT** |
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; et al. <br><br> Plaintiffs, | |

FPDOCS 33753174.2

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

| | |
|---|---|
| vs. | |
| HANOVER INSURANCE COMPANY, a New Hampshire insurance company; NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire insurance company; DOES 1 THROUGH 10, and ROE CORPORATIONS 1 THROUGH 10, inclusive, | |
| Defendants. | |
| HANOVER INSURANCE COMPANY, a New Hampshire Insurance company; | |
| Third Party Plaintiff, | |
| vs. | |
| MOHAVE RESTORATION, INC. dba SERVICE MASTERS 1ˢᵗ RESPONSE, a foreign corporation; JEREMIAH L. COX, an individual, | |
| Third Party Defendants. | |

Third-Party Defendants, MOHAVE RESTORATION, INC. dba SERVICE MASTERS 1st RESPONSE, and JEREMIAH L. COX, and Third-Party Plaintiff, HANOVER INSURANCE COMPANY, by and through their respective undersigned counsel, hereby notify the Court that they have reached a resolution of all claims remaining between Third-Party Defendants and Third-Party Plaintiff in this matter and are in the process of formalizing the settlement.

Third-Party Defendants and Third-Party Plaintiff hereby stipulate and the parties hereby agree that Third-Party Plaintiff's Motion for Summary Judgment (ECF No. 42) be withdrawn without prejudice to refile if for any reason the settlement terms are not completed. The parties agree to file a stipulation for dismissal within forty (40) days.

///

FPDOCS 33753174.2

For the foregoing reasons, the Third-Party Plaintiff's Motion for Summary Judgment will be withdrawn without prejudice to refile.

Respectfully submitted this 9th day of March, 2018.

Dated: March 9, 2018            **FISHER & PHILLIPS LLP**

/s/ *Allison L. Kheel, Esq.*
DAVID B. DORNAK, ESQ.
Nevada State Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada State Bar No. 12986
300 South Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Attorneys for Defendants/Third-Party Defendants

Dated: March 9, 2018            **JENNINGS STROUSS & SALOMON**

/s/ Patrick F. Welch, Esq.
PATRICK F. WELCH, ESQ.
Nevada State Bar No. 13278
One East Washington Ave., Ste. 1900
Phoenix, AZ 85004-2554
Attorneys for Third-Party Plaintiff

## **ORDER**

IT IS SO ORDERED. IT IS FURTHER ORDERED that the parties must file dismissal documents or a joint status report by April 23, 2018.

_____
**U.S. DISTRICT MAGISTRATE JUDGE**

**Dated:** March 12, 2018

FPDOCS 33753174.2