**FISHER & PHILLIPS LLP**
SCOTT M. MAHONEY, ESQ
Nevada Bar No. 1099
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
FAX:  (702) 252-7411
ddornak@fisherphillips.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> MOHAVE RESTORATION, INC. dba SERVICE MASTERS 1st RESPONSE, a foreign corporation; JEREMIAH L. COX, an individual, <br><br> Defendants. | Case No.: 2:16-cv-01190-JAD-CWH <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE** <br><br> (Eighth Request, First Request Since the Expiration of Deadline to File Dispositive Motions) |
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; et al. <br><br> Plaintiffs, | |

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

vs.

HANOVER INSURANCE COMPANY, a New Hampshire insurance company; NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire insurance company; DOES 1 THROUGH 10, and ROE CORPORATIONS 1 THROUGH 10, inclusive,

                        Defendants.
_____

HANOVER INSURANCE COMPANY, a New Hampshire Insurance company;

                        Third Party Plaintiff,

vs.

MOHAVE RESTORATION, INC. dba SERVICE MASTERS 1st RESPONSE, a foreign corporation; JEREMIAH L. COX, an individual,

                        Third Party Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties' counsel of record, that the Joint Pretrial Order Deadline be extended by 21 days to allow the parties' counsel of record to present the final Settlement Agreement to their respective clients for approval. The current Joint Pretrial Order Deadline is April 10, 2018. While this is the eighth extension of these deadlines, this is the parties' first request for an extension of deadlines since the close of discovery and expiration of the dispositive motion deadline and is not made to delay this matter.

Pursuant to Local Rule 26-4, the parties, through their counsel, state the following:

///

///

///

FPDOCS 33838862.1

**(a)** *Status of Discovery and Dispositive Motions*

The discovery close deadline and dispositive motion deadline have passed. The Trust Funds and Mohave have not filed dispositive motions in this matter.

**(b)** *Reasons the joint pretrial order deadline cannot be satisfied within the time limits set by the scheduling order*

The parties believe a twenty-one (21) day extension on all pending deadlines, will allow counsel for the parties to circulate the final settlement terms, as agreed upon between counsel, and obtain final approval from the parties without risk of prejudice to either party in the event of unforeseen circumstances. The parties believe that there is good cause for a 21-day extension due to the next official meeting of the Trustees of the Trust Funds being scheduled for April 18, 2018. The parties anticipate that a final settlement agreement will not be able to be obtained prior to that meeting, but are confident that a final settlement agreement and notice of settlement and dismissal of this matter will be forthcoming.

Mohave and Laborers International Union of North America, Local 872 ("Local 872") have executed a side letter to their collective bargaining agreements, which was necessary for the completion of settlement of this matter between Mohave and the Trust Funds. Additionally, Third-Party Plaintiff, Hanover Insurance Company ("Hanover"), filed a dispositive motion on January 8, 2018 (ECF No. 42). Subsequently, Hanover and Mohave reached a settlement of the disputes between them and Hanover's dispositive motion was withdrawn on March 12, 2018, (ECF No. 52) and Hanover was dismissed from this matter on April 2, 2018 (ECF No. 54). Both Mohave and the Trust Funds have agreed to work toward resolving this case without further litigation and Counsel for both parties have agreed to diligently work toward obtaining the final approval of the settlement agreement and complete resolution of this matter in good faith over the next several weeks.

/ / /

/ / /

FPDOCS 33838862.1

    *(c)    Proposed schedule for all remaining deadlines*

The parties state that this request is made for no improper purpose or delay. The new proposed deadlines would be as follows:

**Joint Pretrial Order**: The deadline to file the Joint Pretrial Order in this case shall be extended from April 10, 2018 to **May 1, 2018**.

This is the parties' first request for an extension of deadlines since the expiration of the dispositive motion deadline and is made in good faith and not to delay this matter. Additional time was necessary due to delays caused by obtaining the aforementioned side letter agreement between Mohave and Local 872, and finalizing the settlement agreement between Mohave and Hanover.

Based upon the foregoing, the parties believe there is good cause for the requested extension.

Dated: April 10, 2018          **FISHER & PHILLIPS LLP**

                                          /s/    *Allison L. Kheel, Esq.*
                                      ALLISON L. KHEEL, ESQ.
                                      Nevada State Bar No. 12986
                                      300 South Fourth Street, Suite 1500
                                      Las Vegas, Nevada 89101
                                      Attorneys for Defendants

Dated: April 10, 2018          **THE URBAN LAW FIRM**

                                          /s/    *Nathan R. Ring, Esq.*
                                      NATHAN R. RING, ESQ.
                                      Nevada State Bar No. 12078
                                      4270 S. Decatur Blvd., Suite A-9
                                      Las Vegas, Nevada 89103
                                      Attorneys for Plaintiffs

                                              **ORDER**

**IT IS SO ORDERED.**

                                          **U.S. DISTRICT MAGISTRATE JUDGE**
                                          **Dated:** April 11, 2018