**FISHER & PHILLIPS LLP**
SCOTT M. MAHONEY, ESQ
Nevada Bar No. 1099
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
FAX: (702) 252-7411
ddornak@fisherphillips.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> MOHAVE RESTORATION, INC. dba SERVICE MASTERS 1st RESPONSE, a foreign corporation; JEREMIAH L. COX, an individual, <br><br> Defendants. | Case No.: 2:16-cv-01190-JAD-CWH <br><br> **JOINT STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** <br><br> ECF No. 57 |
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; et al. <br><br> Plaintiffs, | |

FPDOCS 34014324.1

vs.

HANOVER INSURANCE COMPANY, a New Hampshire insurance company; NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire insurance company; DOES 1 THROUGH 10, and ROE CORPORATIONS 1 THROUGH 10, inclusive,

      Defendants.

Pursuant to Federal Rule of Civil Procedure 41, the remaining parties in the above matter have reached a settlement and hereby stipulate and agree to the dismissal of this case without prejudice, each party to bear its own attorneys' fees and costs. The parties request the Court retain jurisdiction to enforce terms of settlement, if necessary.

Respectfully submitted this 1st day of May, 2018.

Dated: May 1, 2018     **FISHER & PHILLIPS LLP**

       /s/ *Allison L. Kheel, Esq.*
       ALLISON L. KHEEL, ESQ.
       Nevada State Bar No. 12986
       300 South Fourth Street, Suite 1500
       Las Vegas, Nevada 89101
       Attorneys for Defendants

Dated: May 1, 2018     **THE URBAN LAW FIRM**

       /s/ *Nathan R. Ring, Esq.*
       NATHAN R. RING, ESQ.
       Nevada State Bar No. 12078
       4270 S. Decatur Blvd., Suite A-9
       Las Vegas, Nevada 89103
       Attorneys for Plaintiffs

## **ORDER**

**Based on the parties' stipulation, IT IS HEREBY ORDERED that the above-entitled case be dismissed without prejudice. The Court retains jurisdiction to enforce the terms of the settlement agreement of the parties.**

**The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 1, 2018